IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JOHN ROEBUCK & ASSOCIATES, | ) |
| Plaintiffs, | ) Case No. 04-3042-DP |
| vs. | ) |
| JEFF B. ROBERTS, et al, | ) |
| Defendants. | ) |

## ORDER GRANTING MOTION FOR PERMISSION TO FILE REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS MARK L. SMITH'S AND FIRST MISSOURI NATIONAL BANK'S RULE 12(B) MOTION TO DISMISS

Presently before the Court is the Motion of Defendants Mark L. Smith and First Missouri National Bank, for Leave to File Reply Brief filed on April 28, 2005. Defendants' Reply Brief, filed contemporaneously with the Motion of Defendants for Leave to File Reply Brief, is narrow in scope and is limited to the issues raised in the Plaintiff's Response filed previously hereto and Plaintiff's Supplemental Affidavit filed thereafter. Further, the issues addressed in Defendants' Reply Brief will assist the Court in ruling on the Motion to Dismiss filed by Defendants.

IT IS THEREFORE ORDERED that the Motion of Defendants, Mark L. Smith and First Missouri National Bank, for Leave to File Reply Brief is hereby granted.

_____
Judge
Date: May 2, 2005

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:04-CV-03042 was distributed by fax, mail, or direct printing on May 4, 2005 to the parties listed.

---

James F. Horner
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

David F. Leake
THE WINCHESTER LAW FIRM
6060 Poplar Avenue
Ste. 295
Memphis, TN 38119

Saul C. Belz
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Phillip W. Goodwin
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut St.
Ste 1400
Kansas City, MO 64106

Richard E. Charlton
THE WINCHESTER LAW FIRM
6060 Poplar Avenue
Ste. 295
Memphis, TN 38119

Michael F. Saunders
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut St.
Ste 1400
Kansas City, MO 64106

James D. Lawrence
LAW OFFICE OF BRYAN CAVE LLP
One Kansas City Place
1200 Main St
Ste 3500
Kansas City, MO 64105

Julie M. Burnstein
BOULT CUMMINGS CONNERS & BERRY
1600 Division St
Ste 700
P.O. Box 340025
Nashville, TN 37203

Mark G. Stingley
LAW OFFICE OF BRYAN CAVE LLP
One Kansas City Place
1200 Main St.
Ste 3500
Kansas City, MO 64105--210

Honorable Bernice Donald
US DISTRICT COURT