# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# AT MEMPHIS

| | |
|---|---|
| JOHN ROEBUCK & ASSOCIATES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 04-3042-DP ) |
| JEFF B. ROBERTS, et al., | ) ) ) |
| Defendant. | ) |

## ORDER GRANTING MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF DEFENDANTS JEFF ROBERTS, LARRY BAKER AND DUSTY BAKER'S MOTION TO DISMISS

Presently before the Court is the Motion of Defendants Jeff Roberts, Larry Baker and Dusty Baker, for Leave to File Reply Brief filed on May 16, 2005. Defendants' Reply Brief, filed contemporaneously with the Motion of Defendants for Leave to File Reply Brief, is narrow in scope and is limited to the issues raised in the Plaintiff's Response filed previously hereto. Further, the issues addressed in Defendants' Reply Brief will assist the Court in ruling on the Motion to Dismiss filed by Defendants.

IT IS THEREFORE ORDERED that the Motion of Defendants, Jeff Roberts, Larry Baker and Dusty Baker, for Leave to File Reply Brief is hereby granted.

_____
Judge

Date: May 17, 2005

1049214 v1
106123-001 5/13/2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  5-19-05

Respectfully submitted,

BOULT CUMMINGS CONNERS & BERRY PLC

*[signature]*

Julie M. Burnstein  (BPR No. 18149)
(*admitted pro hac vice*)
Chris L. Gilbert  (BPR No. 20093)
1600 Division Street, Suite 700
Nashville, TN  37203
Telephone:  615/244-2582
Facsimile:  615/252-6338

and

SPENCER FANE BRITT & BROWNE LLP
Michael F. Saunders     MO #30730
Philip W. Goodin        MO #53146
1000 Walnut Street, Suite 1400
Kansas City, Missouri  64106
Telephone:  816/474-8100
Facsimile:  816/474-3216

ATTORNEYS FOR DEFENDANTS

## Certificate of Service

I hereby certify that a copy of the foregoing was duly served by United States Mail this 13th day of May, 2005, upon:

Richard E. Charlton III
David F. Leake
The Winchester Law Firm
6060 Poplar Avenue, Suite 295
Memphis, TN 38119

Attorney for Plaintiff

Mark G. Stingley
James D. Lawrence
Law Office of Bryan Cave, LLP
One Kansas City Place
1200 Main Street, Suite 3500
Kansas City, MO 64105

Michael F. Saunders
Phillip W. Goodwin
Spencer, Fane, Britt & Browne, LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64106

Tim Edwards
James F. Horner
Glassman, Edwards, Wade & Wyatt, P.C.
26 N. Second Street
Memphis, TN 38103

Attorneys for Defendant N. William Phillips

Saul C. Belz
Glankler Brown
One Commerce Square, Suite 1700
Memphis, TN 38103

_____
Chris L. Gilbert



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 2:04-CV-03042 was distributed by fax, mail, or direct printing on May 19, 2005 to the parties listed.

---

Saul C. Belz
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

David F. Leake
THE WINCHESTER LAW FIRM
6060 Poplar Avenue
Ste. 295
Memphis, TN 38119

James D. Lawrence
LAW OFFICE OF BRYAN CAVE LLP
One Kansas City Place
1200 Main St
Ste 3500
Kansas City, MO 64105

Mark G. Stingley
LAW OFFICE OF BRYAN CAVE LLP
One Kansas City Place
1200 Main St.
Ste 3500
Kansas City, MO 64105--210

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

James F. Horner
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Julie M. Burnstein
BOULT CUMMINGS CONNERS & BERRY
1600 Division St
Ste 700
P.O. Box 340025
Nashville, TN 37203

Michael F. Saunders
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut St.
Ste 1400
Kansas City, MO 64106

Phillip W. Goodwin
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut St.
Ste 1400
Kansas City, MO 64106

Richard E. Charlton
THE WINCHESTER LAW FIRM
6060 Poplar Avenue
Ste. 295
Memphis, TN 38119

Honorable Bernice Donald
US DISTRICT COURT