IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JOHN ROEBUCK & ASSOCIATES, )
)
Plaintiffs, ) Case No. 04-3042-DP
)
vs. )
)
JEFF B. ROBERTS, et al, )
)
Defendants. )

### AGREED MOTION TO STAY THE COURT'S RULINGS ON THE VARIOUS MOTIONS TO DISMISS PENDING MEDIATION

Defendants Mark L. Smith ("Smith") and First Missouri National Bank ("First Missouri") hereby move the Court for an order to stay its rulings on the various motions to dismiss filed in this litigation until after the mediation scheduled for June 8, 2005. In support, Defendants Smith and First Missouri state as follows;

1. Plaintiff John Roebuck & Associates ("Plaintiff") filed its Complaint in this Court on December 23, 2004.

2. On February 17, 2005, Defendant N. William Phillips filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b) on inter alia, grounds of lack of in personam jurisdiction.

3. On February 18, 2005, Defendants Jeff Roberts, Dusty Baker, and Larry Baker filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b) on inter alia, grounds of lack of in personam jurisdiction.

**MOTION GRANTED**
DATE: May 23 2005

/s/ Bernice Bouie Donald
**BERNICE BOUIE DONALD**
**U.S. DISTRICT JUDGE**

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-25-05



4. On February 21, 2005, Defendants Smith and First Missouri filed a Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b) on <u>inter alia</u>, grounds of lack of <u>in personam</u> jurisdiction.

5. The Court's Pre-Trial Order directed the parties to mediate and the parties agreed upon Richard Sher, Esquire of the St. Louis, Missouri Bar as a mediator. On June 8, 2005, the parties will participate in a mediation in an attempt to resolve this dispute.

6. The parties believe that successful mediation prospects will be enhanced if the Court stays temporarily, further action on the pending Motions to Dismiss. Accordingly, Defendants Smith and First Missouri respectfully request that the Court stay its rulings and further action by the parties on the pending Motions to Dismiss until after the mediation is concluded. Thereafter, the parties will promptly notify the Court of the outcome of the mediation and whether rulings on the pending motions will be necessary.

7. All counsel for record have been consulted and agree to the requested relief.

Respectfully submitted,

GLANKLER BROWN, PLLC

By: _____
Saul C. Belz - #4346
One Commerce Square, Suite 1700
Memphis, Tennessee 38103
Telephone: (901) 525-1322

AND

        Mark G. Stingley
        James D. Lawrence
        BRYAN CAVE LLP
        3500 One Kansas City Place
        1200 Main Street
        Kansas City, Missouri 64105
        Telephone: (816) 374-3200

        Attorneys for Defendants First Missouri National Bank and Mark L. Smith

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Motion and Order were mailed, postage prepaid, to the following on the 20 day of May, 2005 to:

James F. Horner
Tim Edwards
GLASSMAN, EDWARDS, WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

David F. Leake
Richard E. Charlton
THE WINCHESTER LAW FIRM
6060 Poplar Ave., Ste. 295
Memphis, TN 38119

Phillip W. Goodwin
Michael F. Saunders
SPENCER, FANE, BRITT & BROWN LLP
1000 Walnut Street, Ste. 1400
Kansas City, MO 64106

Julie M. Burnstein
BOULT, CUMMINGS, CONNERS & BERRY
1600 Division Street, Ste. 700
P.O. Box 340025
Nashville, TN 37203

_____
Saul C. Belz

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:04-CV-03042 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Saul C. Belz
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Richard E. Charlton
THE WINCHESTER LAW FIRM
6060 Poplar Avenue
Ste. 295
Memphis, TN 38119

Mark G. Stingley
LAW OFFICE OF BRYAN CAVE LLP
One Kansas City Place
1200 Main St.
Ste 3500
Kansas City, MO 64105--210

Michael F. Saunders
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut St.
Ste 1400
Kansas City, MO 64106

David F. Leake
THE WINCHESTER LAW FIRM
6060 Poplar Avenue
Ste. 295
Memphis, TN 38119

Julie M. Burnstein
BOULT CUMMINGS CONNERS & BERRY
1600 Division St
Ste 700
P.O. Box 340025
Nashville, TN 37203

Phillip W. Goodwin
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut St.
Ste 1400
Kansas City, MO 64106

James D. Lawrence
LAW OFFICE OF BRYAN CAVE LLP
One Kansas City Place
1200 Main St
Ste 3500
Kansas City, MO 64105

James F. Horner
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT