IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL -8 PM 4: 51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JOHN ROEBUCK & ASSOCIATES INC.

    PLAINTIFF,

v.                                            NO. 04-3042-DR

JEFF B. ROBERTS; DUSTY BAKER
(dba GRASSLAND FARMS);
LARRY BAKER; YELLOW CREEK REALTY;
MARK L. SMITH; FIRST MISSOURI NATIONAL BANK;
N. WILLIAM PHILLIPS

    DEFENDANTS.

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

It appears to the Court, by consent of the parties, that the matters and things in controversy in this cause have been resolved and that this cause should be dismissed with prejudice. Wherefore, it is hereby

ORDERED that this cause is dismissed with prejudice.

_____
JUDGE

Date: July 8, 2005

_____
Attorney for Plaintiffs
The Winchester Law Firm
Richard E. Charlton #7791
6060 Poplar Avenue, Suite 295
Memphis, Tennessee 38119

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-13-05

1

_PHILIP BOGGIN by km_
Attorney for Defendants Jeff B. Roberts,
Dusty Baker (dba Grassland Farms) and
Larry Baker and Yellow Creek Realty

_JAMES LAWRENCE by MU_
Attorney for Defendants Mark L. Smith and
First Missouri National Bank

_JAMES HORNER by MU_
Attorney for Defendant N. William Phillips

Case 2:04-cv-03042-BBD-tmp   Document 60   Filed 07/08/05   Page 3 of 4   PageID 72

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 2:04-CV-03042 was distributed by fax, mail, or direct printing on July 13, 2005 to the parties listed.

---

Mark G. Stingley
LAW OFFICE OF BRYAN CAVE LLP
One Kansas City Place
1200 Main St.
Ste 3500
Kansas City, MO 64105--210

Michael F. Saunders
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut St.
Ste 1400
Kansas City, MO 64106

David F. Leake
THE WINCHESTER LAW FIRM
6060 Poplar Avenue
Ste. 295
Memphis, TN 38119

James D. Lawrence
LAW OFFICE OF BRYAN CAVE LLP
One Kansas City Place
1200 Main St
Ste 3500
Kansas City, MO 64105

James F. Horner
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Phillip W. Goodwin
SPENCER FANE BRITT & BROWNE LLP
1000 Walnut St.
Ste 1400
Kansas City, MO 64106

Tim Edwards
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Richard E. Charlton
THE WINCHESTER LAW FIRM
6060 Poplar Avenue
Ste. 295
Memphis, TN 38119

Julie M. Burnstein
BOULT CUMMINGS CONNERS & BERRY
1600 Division St
Ste 700
P.O. Box 340025
Nashville, TN 37203

Saul C. Belz
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT